UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:25-cv-01799-MWC (JDEx) | Date: March 7, 2025 |
| Title Albert Gregory Pinto v. Maha Visconti | |

Present: The Honorable: Michelle Williams Court, United States District Judge

| T. Jackson | Not reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (IN CHAMBERS) ORDER REMANDING ACTION JS-6**

For the reasons set forth in the court's order remanding this action in *Pinto v. Visconti*, CV 23-6078 DMG (KKx) (Court's Order of October 10, 2023), this action is remanded to the Los Angeles County Superior Court. *See also Pinto v. Visconti*, 25-01454-FMO-BFM, Dkt. # 19 (C.D. Cal. Feb. 28, 2025) (also remanding this same action). Any pending motion is denied as moot. The Clerk shall send a certified copy of this Order to the state court.

Defendant has attempted to remove this state court action countless times—each time failing for lack of subject matter jurisdiction. *See, e.g.*, *Pinto v. Visconti*, 23-cv-06078-DMG-KK, Dkt. # 40, at 2 (C.D. Cal. Oct. 10, 2023) ("[T]he Court warns [Defendant], who has already been declared a vexatious litigant in state court, that any further attempts to remove an action to federal court under similar circumstances shall result in the imposition of sanctions, including the imposition of fees and costs."). Defendant is again admonished and warned that further baseless attempts to remove and thereby improperly delay the state court litigation may result in monetary sanctions. *See Diplomat Prop. Manager, LLC v. Robinson*, No. 19-CV-00674-JCS, 2019 WL 1474019, at *2 (N.D. Cal. Mar. 7, 2019).

**IT IS SO ORDERED.**

| | : |
|---|---|
| | **Initials of Preparer** TJ |